## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                     CRIMINAL 07-0216CCC

1) LORNA YEAMPIERRE ADORNO
2) GLADYS ROSARIO SANTEL
**3) TERESA FERNANDEZ-MALDONADO**

Defendants

## O R D E R

Having considered the Report and Recommendation filed on June 8, 2007 **(docket entry 22**) on a Rule 11 proceeding of co-defendant Teresa Fernandez-Maldonado held before Magistrate Judge Camille Velez-Rive on May 30, 2007, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of co-defendant Teresa Fernandez-Maldonado is accepted.  The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 30, 2007.[1]  The **sentencing hearing is set for September 13, 2007 at 4:15 p.m.**

SO ORDERED.

At San Juan, Puerto Rico, on June 14, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge

---

[1] The request for an abbreviated presentence report is DENIED.